**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**TO:** Jason M. Krumbein, Esq. VSB 43538
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230

**In re** Jennifer Lynn Morris

**Case No.** 10-30187-KRH

**Chapter** 7

Adversary Case No. 24-03017

# CLERK'S OFFICE COMMUNICATION:

- ☐ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $12, plus $.50 per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

- ☐ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

- ☐ Your inquiry has been received. Please submit a search fee in the amount of $34, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

- ☐ Your request for photocopies has been received. Please see below for any additional details or instructions.

- ☐ The name and address of the Trustee (or Attorney for Debtor) in this case is:
  _____
  _____

- ✔ This case was closed on 05/03/2010. Document filed in closed case. No action taken.

- ☐ The ▼ as determined that the date, time and/or location in the Notice of Hearing is either omitted, incorrect, or does not comply with the applicable rules. The hearing will not appear on the Court docket.

- ☐ The following papers are returned to you:

- ✔ Counsel is required to file a motion to reopen the original bankruptcy case before an adversary complaint is filed.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: June 21, 2024          By /s/ Christy Louis          (757) 222-7524
                                Deputy Clerk              Telephone Number

[clksofccomm ver. 12/23]