**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**TO:** Jason M. Krumbein, Esq. VSB 43538
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230

**In re** Jennifer Lynn Morris

**Case No.** 10-30187-KRH

**Chapter** 7

Adversary Case No. 24-03017

### CLERK'S OFFICE COMMUNICATION:

___ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $12, plus $.50 per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

___ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

___ Your inquiry has been received. Please submit a search fee in the amount of $34, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

___ Your request for photocopies has been received. Please see below for any additional details or instructions.

___ The name and address of the Trustee (or Attorney for Debtor) in this case is:
_____
_____

✔ This case was closed on __05/03/2010_____. Document filed in closed case. No action taken.

___ The ▼as determined that the date, time and/or location in the Notice of Hearing is either omitted, incorrect, or does not comply with the applicable rules. The hearing will not appear on the Court docket.

___ The following papers are returned to you:

✔ Counsel is required to file a motion to reopen the original bankruptcy case before an adversary complaint is filed.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: __June 21, 2024_____    By __/s/ Christy Louis_____    __(757) 222-7524_____
                                        Deputy Clerk            Telephone Number

[clksofccomm ver. 12/23]

United States Bankruptcy Court

Eastern District of Virginia

In re: | Case No. 10-30187-KRH
Jennifer Lynn Morris | Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7      User: ChristyLo      Page 1 of 1
Date Rcvd: Jun 21, 2024      Form ID: pdfntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Jennifer Lynn Morris, 1403 Creekpoint Ct., Apt. N, Midlothian, VA 23114-7053
     + Jason M. Krumbein, Esquire, 1650 Willow Lawn Drive, Suite 201, Richmond, VA 23230-3435

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

David P. Morgan
     on behalf of Debtor Jennifer Lynn Morris dmorgan@cravensnoll.com Bankruptcy@cravensnoll.com;cravensbank@aol.com;astanley@cravensnoll.com;ezimmerman@cravensnoll.com

Harry Shaia, Jr
     harryshaia@spinella.com marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.axosfs.com

Jason Meyer Krumbein
     on behalf of Plaintiff Jennifer Lynn Morris jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Patti H. Bass
     on behalf of Creditor HSBC Bank Nevada N.A. ecf@bass-associates.com

TOTAL: 4