**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re:    **Jennifer Lynn Morris** | ) | |
| | ) | **Case No. 10-30187-KLP** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Last four digits of SSN or ITIN:    **1023** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF HEARING ON EX PARTE MOTION TO REOPEN BANKRUPTCY

    **Jason M. Krumbein, Esq.** has filed papers with this court seeking to REOPEN the Bankruptcy.

    **Your rights may be affected.  You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 DAYS FROM TODAY, you or your attorney must:

    File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of the Court | Jason M. Krumbein, Esq. |
| U.S. Bankruptcy Court | Krumbein Consumer Legal Services, Inc. |
| 701 E. Broad St., Suite 4000 | 1650 Willow Lawn Drive, Suite 201 |
| Richmond, VA 23219 | Richmond, VA 23230 |

    You must also attend a hearing January 8, 2025 at 9:30am before Judge Phillips, at 701 E. Broad St. Room 5100, Richmond, VA 23219.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: December 2, 2024

/s/ Jason M. Krumbein, Esq.
1650 Willow Lawn Dr., Suite 201
Richmond, VA 23230
VSBN 43538
Counsel for Debtor in Bankruptcy

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this December 2, 2024, transmitted a true copy of the foregoing Notice of Hearing electronically through the court's CM/ECF system to the Chapter 7 Trustee and US Trustee.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy