**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:**     **Jennifer L. Morris** | ) | |
| | ) | Case No. 10-30187-KRH |
|            **Debtor.** | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Last four digits of SSN or ITIN:   **1023** | ) | |
| | ) | |
| | ) | |

### ORDER ON MOTION TO REOPEN BANKURTUPCY
### TO AFFORD RELIEF TO DEBTOR

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s),it is ORDERED:

### RELIEF REQUESTED

Movants request that the court reopen the Bankruptcy for the foregoing reasons is GRANTED.

The Bankruptcy is reopened and it appearing that it is not necessary to reappoint a trustee, the trustee is NOT reappointed.

Entered On Docket: Mar 6 2025

Entered: Mar 6 2025

/s/ Brian F Kenney
US Bankruptcy Judge
Eastern District of Virginia
Richmond Division

I ASK FOR THIS

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB# 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.234.1159
jkrumbein@krumbeinlaw.com

Seen and NOT OBJECTED TO:

/s/Nisha R. Patel, Esq.
Nisha R. Patel, Esq. VSB# 83302
Trial Attorney
Office of the US Trustee
701 E. Broad St. Suite 4304
Richmond, VA 23219
Tel: 202.384.7322
Nisha.R.Patel@USDOJ.gov

## CERTIFICATE OF ENDORSEMENT PURSUAN TO LBR 9022-1

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

Service List

BY ECF:
Jason M. Krumbein, moving attorney
David P. Morgan, Counsel for Debtor
Office of the US Trustee