# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:    Jennifer L. Morris    )<br>    )<br>Debtor.    )<br>    )<br>    )<br>    )<br>    )<br>Last four digits of SSN or ITIN:  1023    )<br>    )<br>_____    ) | Case No. 10-30187-KRH<br>Chapter 7 |

## ORDER ON MOTION TO REOPEN BANKURTUPCY
## TO AFFORD RELIEF TO DEBTOR

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), it is ORDERED:

### RELIEF REQUESTED

Movants request that the court reopen the Bankruptcy for the foregoing reasons is GRANTED.

The Bankruptcy is reopened and it appearing that it is not necessary to reappoint a trustee, the trustee is NOT reappointed.

Entered On Docket: Mar 6 2025

Entered: Mar 6 2025

/s/ Brian F Kenney
US Bankruptcy Judge
Eastern District of Virginia
Richmond Division

| I ASK FOR THIS | Seen and NOT OBJECTED TO: |
|---|---|
| /s/ Jason M. Krumbein, Esq. | /s/Nisha R. Patel, Esq. |
| Jason M. Krumbein, Esq. VSB# 43538 | Nisha R. Patel, Esq. VSB# 83302 |
| Counsel for the Debtor(s) in Bankruptcy | Trial Attorney |
| Krumbein Consumer Legal Services, Inc. | Office of the US Trustee |
| 10307 W. Broad St. Suite 293 | 701 E. Broad St. Suite 4304 |
| Glen Allen, VA 23060 | Richmond, VA 23219 |
| Tel: 804.592.0792 Fax: 804.234.1159 | Tel: 202.384.7322 |
| jkrumbein@krumbeinlaw.com | Nisha.R.Patel@USDOJ.gov |

**CERTIFICATE OF ENDORSEMENT PURSUAN TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

Service List

BY ECF:
Jason M. Krumbein, moving attorney
David P. Morgan, Counsel for Debtor
Office of the US Trustee

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 10-30187-FJS
Jennifer Lynn Morris                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: halllinda            Page 1 of 2
Date Rcvd: Mar 06, 2025        Form ID: pdford9           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Mar 07 2025 01:49:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

**Name**    **Email Address**

David P. Morgan
    on behalf of Debtor Jennifer Lynn Morris dmorgan@cravensnoll.com Bankruptcy@cravensnoll.com;cravensbank@aol.com;astanley@cravensnoll.com;ezimmerman@cravensnoll.com

Harry Shaia, Jr
    harryshaia@spinella.com marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.axosfs.com

Jason Meyer Krumbein
    on behalf of Debtor Jennifer Lynn Morris jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email

Jason Meyer Krumbein
    on behalf of Plaintiff Jennifer Lynn Morris jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email

| District/off: 0422-7 | User: halllinda | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: pdford9 | Total Noticed: 1 |

Patti H. Bass
                        on behalf of Creditor HSBC Bank Nevada  N.A. ecf@bass-associates.com

TOTAL: 5